CV 24 80064 MISC AGT

2024002769

Official Records Of Sonoma County
Deva Marie Proto
01/22/2024 09:57 AM
GENERAL PUBLIC
PWRA 25 Pgs
Fee: $163.00

Recording Requested By:

And When Recorded Mail To:

Michael Castagnola
10510 Graanstein Hwy N
Sebastopol, CA
[95472]

Document Title(s)

Limited Power of Attorney In-fact

Reason for exemption:

FILED
24 MAR 15 2024 -kj
N/P
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

☐ Exempt from fee per GC 27388.1(a)(1); not related to real property

☐ Exempt from fee per GC 27388.1(a)(1); fee cap of $225 reached

N/C ☐ Exempt from fee per GC 27388.1(a)(2)(A) and GC 27388.2(b)(1); recorded in connection with a transfer subject to the imposition of documentary transfer tax. If not recorded concurrently, provide recording date and document number of related transfer document:

Recording date _____ Document Number _____

☐ Exempt from fee per GC 27388.1(a)(2)(B) and GC 27388.2(b)(2); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. If not recorded concurrently, provide recording date and document number of related transfer document:

Recording date _____ Document Number _____

☐ Exempt from fee per GC 27388.1(a)(2)(D) and GC 27388.2(b)(4); executed or recorded by a government agency

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional recording fee applies)

Rev. 2/2022    See Exhibit A, B, C attached

Limited Power of Attorney                                                                 Limited Power of Attorney

:michael-louis:, House of CASTAGNOLA, Director of MCC BEAR
FAMILY PRIVATE COMPANY, INC., Ttee, of the
Michael L. Castagnola Private Family Trust
On the Land of the County at Large, New Castle
Without prejudice                                           January 3, 2024
Non-Domestic
24A Trolly Square, # 1683
Wilmington, [19806-3334]
Delaware

Mailing:
C/o: 708 Gravenstein Hwy N Suite 96; near
Sebastopol [zip exempt]
California
Without the UNITED STATES.

# LIMITED POWER OF ATTORNEY-IN-FACT

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
*NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

This Limited Power of Attorney-in-Fact (the "Agreement") is made and effective January 3rd, 2024:

>BETWEEN: :lady-T (the "Attorney-in-Fact" and "Third Trustee"), an unincorporated business organization, the Michael L. Castagnola Private Family Trust and existing under the laws of the Delaware with its head office located at:

>**Mailing address:** C/o 708 Gravenstein Hwy N Suite 96; near
>Sebastopol [zip exempt] California Republic

>**Delaware Address:** 24A Trolly Square, # 1683
>Wilmington, Delaware [19806-3334]

AND: Michael-Louis. House of Castagnola, Director of MCC BEAR FAMILY PRIVATE COMPANY, INC., Ttee, (the "First Trustee"), of the Michael L. Castagnola Private Family Trust, an unincorporated business organization, and existing under the laws of the Delaware under a court of competency with its head office located at: 24A Trolly Square, # 1683, Wilmington, [19806-3334] Delaware.

---

Limited Power of Attorney
Initials ML____ ____ LT ____                                                Page 1 of 10

## RECITALS

KNOW ALL MEN BY THESE PRESENTS, that this Power of Attorney-in-Fact is given by First Trustee to Attorney-in-Fact and that the First Trustee Michael-Louis, House of Castagnola, Director of MCC BEAR FAMILY PRIVATE COMPANY, INC., Ttee, hereby appoints :lady-T to be its Attorney-in-Fact and Third Trustee and to do in its name and on its behalf anything that the First Trustee can lawfully do by an Attorney-in-Fact, including but not limited to:

### 1. LIMITED GRANT OF POWER

To exercise or perform any act, power, duty, right or obligation whatsoever that First Trustee now has or may hereafter acquire, relating to any person, matter, transaction or property, real or personal, tangible or intangible, now owned or hereafter acquired by First Trustee, including, without limitation, the following specifically enumerated powers. First Trustee grants to Attorney-in-Fact limited power and authority to do everything necessary in exercising any of the powers granted here as fully as First Trustee might or could do if personally present, with full power of substitution or revocation, ratifying and confirming all that Attorney-in-Fact shall lawfully do or cause to be done by virtue of this power of Attorney-in-Fact and the powers granted here.

### 2. COLLECTION POWERS

To record, forgive, request, demand, sue for, recover, collect, receive, hold all such sums of money debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pension, profit sharing, retirement, social security, insurance and other contractual benefits and proceeds, all documents of title, all property, real or personal, intangible or tangible property and property rights, and demands whatsoever, liquidated or unliquidated, now or hereafter owned by, or due, owing, payable or belonging to, First Trustee or in which First Trustee has or may hereafter acquire an interest; to have, use, and take all lawful means and equitable and legal remedies and proceedings in First Trustee's name for the collection and recovery of them, and to adjust, sell, compromise, and agree for the same, and to execute and deliver for First Trustee, on its behalf, and in its name, all endorsements, releases, receipts, or other sufficient discharges for the same.

### 3. REAL PROPERTY POWERS

To record, bargain, contract, agree for, option, purchase, acquire, receive, improve, maintain, repair, insure, plat, partition, safeguard, lease, demise, grant, bargain, sell, assign, transfer, remise, release, exchange, convey, mortgage and hypothecate real estate and any interest in it (and including any interest which First Trustee holds with any other person as joint tenants with full rights of survivorship, or as tenants by the entireties), lands, tenements and hereditaments, for such price, upon such terms and conditions, as Attorney-in-Fact shall determine.

### 4. PERSONAL PROPERTY POWERS

To record, bargain, contract, agree for, purchase, option, acquire, receive, improve, maintain, repair, insure, safeguard, lease, assign, sell, exchange, redeem, transfer, hypothecate and in any and every way and manner deal in and with goods, wares, merchandise, furniture and furnishings, automobiles, bills, notes, debentures, bonds, stocks, limited partnership interests, certificates of deposit, commercial paper, money market instruments, and other securities, choses in action and other tangible or intangible personal property in possession, for such price, upon such terms and conditions, as Attorney-in-Fact shall determine.

### 5. GIFT POWER

To record and make gifts of any kind, provided, however, that the aggregate of all gifts to one donee other than a charitable donee, in any one year shall not exceed First Trustee's federal gift tax annual exclusion for the year in which the gifts are made, and this authority shall be non-cumulative.

### 6. CONTRACT POWERS

To make, do, and transact every kind of business of whatever nature, and also for First Trustee and in its name, and as its act and deed, to sign, record, seal, to affix first trustee's signature, execute, deliver and acknowledge such stock certificates, stock powers, assignments separate from certificate, deeds, conveyances, leases and assignments of leases, covenants, indentures, options, letters of intent, contracts, agreements, closing agreements, certificates, mortgages, hypothecations, bills of lading, bills, bonds, debentures, notes, receipts, evidence of debts, releases and satisfaction of mortgage, judgments and other debts, waivers of statutes of limitation, and such other documents and instruments in writing of whatever kind and nature as may be necessary or proper in the premises, as fully as First Trustee might do if done in its own capacity.

### 7. BANKING POWERS

To make, draw, sign in First Trustee's name, deliver and accept checks, drafts, receipts for moneys, notes, or other orders for the payment of money against, or otherwise make withdrawals from any commercial, checking or savings account which First Trustee may have in its sole name or in joint name with its spouse or other person(s), in any bank or financial institution, for any purpose which Attorney-in-Fact may think necessary, advisable or proper; and to endorse and negotiate in its name and deliver checks, drafts, notes, bills, certificates of deposit, commercial paper, money market instruments, bills of exchange or other instruments for the payment of money and to deposit same, as cash or for collection, and cash into any commercial, checking or savings account which

First Trustee may have in its sole name or in joint name with its spouse or other person(s), in any bank or financial institution; and to carry on all its ordinary banking business.

## 8. TAX RETURNS

To prepare, execute and file reports, returns, declaration, forms and statements for any and all tax purposes including income, gift, real estate, personal property, intangibles tax, single business tax, or any other kind of tax whatsoever, to pay such taxes and any interest or penalty or additions to make and file objections, protests, claims for abatement, refund or credit in relation to any such tax proposed, levied or paid; to represent First Trustee and to institute and prosecute proceedings in court or before any administrative authority to contest any such tax in whole or in part or for recovery of any amount paid in respect of any such tax, to defend or settle any amount paid in respect of any such tax, to give full and final receipt for any refund or credit and to endorse and collect any check or other voucher; to pay any and all such taxes and any interest, penalty or other additional amounts, to employ Attorney-in-Fact, accountants or other representatives and grant powers of Attorney-in-Fact or letters of appointment for any of the purposes stated above.

## 9. SAFE DEPOSIT BOX

To have access to any safe deposit box of which First Trustee is a tenant or cotenant with full power to withdraw or change from time to time the contents of it; and to exchange or surrender the box and keys to it, renew any rental contract for it, and to do all things which any depository, association or bank or Attorney-in-Fact may require, releasing the lessor from all liability in connection with it.

## 10. EMPLOY AGENTS

To employ and compensate agents, accountants, Attorneys, real estate brokers and other professional assistance and to retain and compensate such persons for services rendered.

## 11. MOTOR VEHICLES/PRIVATE CARRIERS

To apply for a Certificate of Title upon, and endorse and transfer title, for any automobile, or other motor vehicle, and to represent in such transfer assignment that the title to the motor vehicle is free and clear of all liens and encumbrances except those specifically set forth in such transfer assignment.

## 12. SETTLEMENT POWERS

To adjust, settle, compromise or submit to arbitration any accounts, debts, claims, demands, disputes or matters which are now subsisting or may hereafter arise between First Trustee or the Attorney-in-Fact and any other person or persons, or in which any property, right, title, interest or estate belonging to or claimed by First Trustee may be concerned.

## 13. LEGAL ACTIONS

To commence, prosecute, enforce or abandon, or to defend, answer, oppose, confess, compromise or settle all claims, suits, actions, or other judicial or administrative proceedings in which First Trustee is or may hereafter be interested, or in which any property, right, title, interest or estate belonging to, coming to or claimed by First Trustee may be concerned.

## 14. DIVIDENDS

To receive all dividends which are or shall be payable on any and all shares of stock in any corporation which may stand in First Trustee's name on the books of such corporation or to which First Trustee may be, in equity or otherwise, beneficially entitled; or to elect to reinvest such dividend, all as Attorney-in-Fact may deem appropriate.

## 15. VOTE STOCK

To vote at all stockholder meetings of corporations and otherwise to act as First Trustee proxy or representative in respect of any shares now held or which may hereafter be acquired by First Trustee and for that purpose to sign and execute any proxies or other instruments in its name and on its behalf.

## 16. TRANSFER STOCK

To sell, assign, transfer, and deliver all and any shares of stock standing in First Trustee's name on the books of any corporation, or to which First Trustee may be, in equity or otherwise, beneficially entitled, and for the purpose to make and execute all necessary acts of assignment and transfer.

## 17. INSURANCE AND EMPLOYEE BENEFIT PLANS

To redeem, surrender, borrow, extend, cancel, amend, pledge, alter or change, including change of beneficiary of any insurance policies in which First Trustee may have an interest, as Attorney-in-Fact may deem proper and expedient, and for such purpose to sign and execute any documents, affidavits or forms required in First Trustee's name and on its behalf, except however, Attorney-in-Fact shall have no power and authority over life insurance policies First Trustee may own on Attorney-in-Fact 's life; and to exercise all powers and options involving retirement programs, compensation plans, pension, profit sharing and other employee benefit plans.

## 18. SOCIAL SECURITY AND GOVERNMENT BENEFITS

To make application to any governmental agency for any benefit or government obligation to which First Trustee may be entitled; to endorse any checks or drafts made payable to First Trustee from any government agency for its benefit, including any Social Security checks.

## 19. BUSINESS INTERESTS

To continue to conduct or participate in any business in which First Trustee may be engaged or to carry out, modify or amend any agreement to which First Trustee may be a party, and to sell, exchange, modify or terminate such interest to or with such person or persons as Attorney-in-Fact may deem proper and on such terms and with such security as Attorney-in-Fact may deem appropriate; execute partnership agreements, and amendments; incorporate, reorganize, merge, consolidate, recapitalize, sell, liquidate or dissolve any business; elect or employ officers, directors and Attorney-in-Fact; carry out the provisions of any agreement for the sale of any business interest or the stock in it.

## 20. BORROW

To borrow from time to time such sums of money and upon such terms as Attorney-in-Fact may think expedient for or in relation to any purpose or object which Attorney-in-Fact may deem proper or expedient, unsecured or upon the security of any of First Trustee's property, whether real or personal or otherwise, and for such purpose to give, execute in its name, deliver, and acknowledge promissory notes and/or renewals of, mortgages, pledges and guaranties with such powers and provisions as Attorney-in-Fact may think proper or requisite.

## 21. DEBTS AND EXPENSES

To pay, compromise, and settle any and all bills, loans, notes or other forms of indebtedness owed by First Trustee at the present time, or which may be owed by First Trustee or incurred by Attorney-in-Fact for First Trustee benefit at any time in the future, and to incur and pay from any of First Trustee's assets or property all reasonable expenses in connection with the control, management, and supervision of First Trustee's property and the maintenance, support, care, and comfort of First Trustee, including reasonable compensation for the services of professionals, and including the fees and charges of such Attorney-in-Fact, accountants or others as Attorney-in-Fact may, in the exercise of discretion, employ in the management of any of First Trustee's affairs.

## 22. INVESTMENTS

To invest and reinvest in loans, stocks, bonds, including bonds purchased at a discount but redeemable at face value, securities, real estate, life insurance, annuities or endowment policies or combinations of them, or in any other investment which Attorney-in-Fact may deem proper; to reduce the interest rate at any time and from time to time on any mortgage or land contract; to deal with and give instructions to any brokerage firm with respect to the purchase, sale or other disposition of securities and other assets, add assets to or withdraw assets from any account in First Trustee's name, and sign any representation, certification or agreement, including agreements regarding margin, option trading, or commodities accounts, that Attorney-in-Fact deems advisable.

## 23. RESTRICTIONS ON ATTORNEY-IN-FACT'S POWERS

a. Attorney-in-Fact cannot execute a will or codicil on First Trustee's behalf.

b. Attorney-in-Fact cannot divert First Trustee's assets to itself, its creditors or its estate.

c. Attorney-in-Fact shall not exercise, and shall not be vested with any incidents of ownership as to insurance policies insuring Attorney-in-Fact's life, owned by First Trustee.

d. Attorney-in-Fact shall not exercise any powers which First Trustee received from Attorney-in-Fact in a fiduciary capacity, and Attorney-in-Fact shall have no authority to exercise any powers, the exercise of which would cause assets of Trust to be considered as taxable in Attorney-in-Fact's estate for the purposes of the federal estate tax or the [%] inheritance tax.

Limited Power of Attorney                                                      Limited Power of Attorney

## 24. INTERPRETATION AND GOVERNING LAW

This instrument is to be construed and interpreted as a limited Power of Attorney-in-Fact. Paragraph headings are for convenience only and are not to be deemed to be part of this instrument. This instrument is executed and delivered in the state of Delaware and the laws of the state of Delaware by court of competency shall govern all questions as to the validity of this power and the construction of its provisions.

## 25. THIRD-PARTY RELIANCE

Third parties may rely upon the representation of Attorney-in-Fact as to all matters relating to any power granted to Attorney-in-Fact, and no person who may act in reliance upon the representations of Attorney-in-Fact or the authority granted to Attorney-in-Fact shall incur any liability to First Trustee or its estate as a result of permitting Attorney-in-Fact to exercise any power, and for the purpose of inducing third parties to rely on this power of Attorney-in-Fact, First Trustee warrants that, if this power of Attorney-in-Fact is revoked by First Trustee or otherwise terminated, First Trustee will indemnify and save such third party harmless from any loss suffered or liability incurred by such third party in good faith reliance on the authority of Attorney-in-Fact prior to such third party's actual knowledge of revocation or termination of this power of Attorney-in-Fact whether such termination is by operation of law or otherwise. This warranty shall bind First Trustee's heirs, devises and personal representatives.

## 26. DISABILITY OF PRINCIPAL

This power of Attorney-in-Fact shall not be affected by First Trustee's disability. The authority of Attorney-in-Fact shall be exercisable notwithstanding First Trustee's later disability or incapacity or later uncertainty as to whether First Trustee is alive. Any act done by Attorney-in-Fact during any period of First Trustee's disability or incompetency or during any period of uncertainty as to whether First Trustee is alive shall have the same effect as though First Trustee was alive, competent and not disabled, and shall inure to the benefit of and bind First Trustee, its heirs, devisees and personal representatives.

## 27. PHOTOGRAPHIC COPIES

Photographic or other facsimile reproductions of this executed power may be made and delivered by Attorney-in-Fact, and may be relied upon by any person to the same extent as though the copy were an original. Anyone who acts in reliance upon any representation or certificate of Attorney-in-Fact, or upon a reproduction of this power, shall not be liable for permitting Attorney-in-Fact to perform any act pursuant to this power.

Limited Power of Attorney                                                               Limited Power of Attorney

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the date first above written.

ATTORNEY-IN-FACT                          FIRST TRUSTEE

By: Lady-T, POA, Trustee                  By: _____
:lady-T                                   Michael Louis, House of Castagnola, Director of MCC BEAR
                                          FAMILY PRIVATE COMPANY, INC., Ttee, of the Michael
                                          L. Castagnola Private Family Trust

ATTORNEY-IN-FACT/Third Trustee





We certify that the foregoing is true, correct, and is not misleading; the truth, the whole truth and nothing but the truth.
This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established.
*2 Corinthians 13:1*

Witness #1                                Witness #2

Carrie Jahnig_____ Seal            Patrick Thourney_____ Seal
First and last name                       First and last name

Habitation: 2009 Western Ave.             Habitation: 3909 Jay Rd
Petaluma, CA 94952                        Occidental

Limited Power of Attorney                                                               Page 9 of 10
Initials MLC____ LT___

Limited Power of Attorney Limited Power of Attorney

Phone: 707 772-6409 Phone: _____

Witness #3

<u>Laurel Brody</u> Seal
First and last name

Habitation: 9051 Mill Station

Rd #D Sebastopol, Ca

Phone: 707-495-4121  95472









Limited Power of Attorney Page 10 of 10
Initials MLC /MLC/   LT LT

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Sonoma_____ )

On __01/22/2024__ before me, __Riane Unger, Notary Public__
(insert name and title of the officer)

personally appeared __Michael Castagnola__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____R. U_____ (Seal)

RIANE UNGER
COMM. # 2407649
SONOMA COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
JUNE 09, 2026

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Sonoma_____ )

On __01/22/2024__ before me, __Riane Unger, Notary Public__
(insert name and title of the officer)

personally appeared __Tamara Davis__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __R. U___   (Seal)

RIANE UNGER
COMM. # 2407649
SONOMA COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
JUNE 09, 2026

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Sonoma_____)

On 01/27/2024 before me, Riane Unger, Notary Public
(insert name and title of the officer)

personally appeared Carlu Casteanola ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature R. U~    (Seal)

RIANE UNGER
COMM. # 2407649
SONOMA COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
JUNE 09, 2026