Exhibit B

Twenty Twenty-Four C.E.                                     Third of January

Mailing address:                                Michael L. Castagnola Private Family Trust
Board of Trustees
Michael L. Castagnola Private Family Trust
Non-United States Entity                              Declaration of Third Trustee
On the Land of the County at Large, New Castle
Without Prejudice
Non-Domestic
24A Trolly Square, # 1683
Wilmington, [19806-3334]
Delaware

Mailing:
C/o: 708 Gravenstein Hwy N Suite 96; near
Sebastopol [zip exempt]
California
Without the United States




# Declaration of Third Trustee

1. Let be it known that on the **3rd of January C.E. 2024, Michael Louis House of Castagnola, Settlor** did place certain substantial property into a contractual trust relationship known as MCC BEAR FAMILY PRIVATE COMPANY, INC., **First Trustee, Michael L. Castagnola Director.**

2. The Third Trustee has agreed to the Terms and Conditions of the Trust and shall honor the wishes of the Settlor and protect the trust. This contract was made in clean hands and good faith.

3. The Third Trustee has agreed to protect the assets in the interest of the Beneficiaries.

4. The Third Trustee has agreed to positively communicate with the Protector and be audited by Protector upon demand.

5. The Third Trustee agrees that the Protector is the one Trust Capital Unit Holder who is the Trust mediator, to support a harmonious relations and communications between Trustee and Beneficiaries and who also has the right to remove Trustee from said bank accounts in the event of theft of funds or assets in any form, purposeful gross negligence, mentally incapacitated (physically or mentally not able to administrate) and abuse to Beneficiaries (verbal or otherwise).

Twenty Twenty-Four C.E.            Third of January

Mailing address:
Board of Trustees
Michael L. Castagnola Private Family Trust
Non-United States Entity
On the Land of the County at Large, New Castle
Without Prejudice
Non-Domestic
24A Trolly Square, # 1683
Wilmington, [19806-3334]
Delaware

Mailing:
C/o: 708 Gravenstein Hwy N Suite 96; near Sebastopol [zip exempt]
California
Without the United States

Michael L. Castagnola Private Family Trust

Declaration of Third Trustee



6. The purpose of this document is to communicate to any person requesting that :Lady-T [Tamara-Davis] has accepted the position as **Third Trustee of Michael L. Castagnola Private Family Trust**. This document was created to satisfy the need to positively communicate the clean hands and good faith and lawful intentions through the identification via three (3) witnesses.

With Honor,

By: Tamara-Davis

By: :Lady-T, Trustee + POA

:Tamara-Davis :Lady-T., Third Trustee

We certify that the foregoing is true, correct, and is not misleading; the truth, the whole truth and nothing but the truth.

"This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established."
*2 Corinthians 13:1*

Witness # 1            Witness # 2

Page 2 of 3

Declaration of Third Trustee            Michael L. Castagnola Private Family Trust

Twenty Twenty-Four C.E.

Mailing address:
Board of Trustees
Michael L. Castagnola Private Family Trust
Non-United States Entity
On the Land of the County at Large, New Castle
Without Prejudice
Non-Domestic
24A Trolly Square, # 1683
Wilmington, [19806-3334]
Delaware

Mailing:
C/o: 708 Gravenstein Hwy N Suite 96; near
Sebastopol [zip exempt]
California
Without the United States

Third of January

Michael L. Castagnola Private Family Trust

Declaration of Third Trustee

---

Carrie Jahnig _____ Seal
First and last name

Habitation: 2004 Western Ave.
Petaluma, CA 94952
Phone: 707-774-2110

Patricia Flowers _____ Seal
First and last name

Habitation: 3909 Joy Rd
Occidental
Phone: 707 773 6409

Witness # 3

Laurel Brody _____ Seal
First and last name

Habitation: 9051 Mill Station Rd
#D Sebastopol Ca 95472
Phone: 707-495-4121

Page 3 of 3
Declaration of Third Trustee

Michael L. Castagnola Private Family Trust