Exhibit C

This instrument was recorded at the request of Michael Louis, House of Castagnola, Director of MCC BEAR FAMILY PRIVATE COMPANY, INC., Ttee, of the Michael L. Castagnola Private Family Trust
On the Land of the County at Large, New Castle
Without prejudice
Non-Domestic
24A Trolly Square, # 1683
Wilmington, [19806-3334]
Delaware

Mailing:
C/o: 708 Gravenstein Hwy N Suite 96; near Sebastopol [zip exempt]
California
Without the UNITED STATES

The recording official is directed to return this instrument or copy to the above person

Space Reserved For Recording Information

Twenty Twenty- Four C.E.                    Third of January

# Acceptance of Limited Power of Attorney

:lady-T. hereby accepts the position as Limited Power of Attorney and Third Trustee of this Trust entitled:

# Michael L. Castagnola Private Family Trust

I declare that I have read the Trust contract and Indenture and the terms as outlined are in full force and effective on January 3rd, 2024. If other Trustees serve on the Board of Trustees, all actions by said Trustees will have a consensus of the majority of the Board of Trustees.

I am an adult of sound mind, over the age of majority and in my lawful and legal capacity, and I am not related to the Settlor of this Trust, nor am I employed by the Settlor. I accept and agree to hold, conserve, keep, improve, manage, and distribute all those Trust properties, real and personal, forming, or which may form, the corpus and principal of this Trust under terms

contained within the January 3rd, 2024 Declaration of Contract and Indenture of the **Michael L. Castagnola Private Family Trust.**

I understand that I am legally responsible, with any other trustees, for the welfare of said Trust, to follow the terms and conditions of said Trust and that I am to guard the assets for the Beneficiaries. Further, I am responsible for the checking accounts, and for any other financial accounts. If the Trust is challenged, I will act honorably all the legal responses and protect the Beneficiaries and defend Trust Assets. I am responsible for recording property, and for handling taxes, and other matter about properties held by this Trust. If those who care for these goods pass on, or leave their positions, I, as Third Trustee with Limited Power of Attorney-in-fact, am responsible for their duties and responsibilities until those who are competent can replace those who left.

*Acceptance is hereby acknowledged* by Trust Managers/Board signature on Trust documents and the signature block listed below. *Consideration shall be paid as private contract terms dictated by First Trustee and shall not be revealed beyond the Board of Trustees and Trust Manager*, however it should be mentioned that the powers of the Attorney-in-fact are sufficiently broad to allow for whatever financial arrangements are deemed necessary and proper to fulfill the intentions of the Settlor and the beneficial interests of the Beneficiary(s).

IN ACCORDANCE with this Declaration of Contract and Indenture, I reserve the right to resign from this position at any time.

IN WITNESS WHEREOF, we have hereunto set our hands and seals, this the third day of the first month, in the year of our Lord and Savior, two thousand twenty-four C.E.

Witness my hand this _____ day of _____, 2024

Accepted By: _____
:lady-T., Third Trustee with Limited Power of Attorney-in-fact

Acceptance of Limited Power of Attorney                              Acceptance of Limited Power of Attorney

Witness my hand this 3rd day of January, 2024



MCC BEAR FAMILY PRIVATE COMPANY, INC, Ttee.

By: _Michael Louis House of Castagnola, Director_
Michael Louis, House of Castagnola, Director of MCC BEAR
FAMILY PRIVATE COMPANY, INC., Ttee, of the
Michael L. Castagnola Private Family Trust



By: _:carly: house of CASTAGNOLA, Ex, Secretary_
:carly: house of CASTAGNOLA, Ex. Secretary





contained within the January 3rd, 2024 Declaration of Contract and Indenture of the **Michael L. Castagnola Private Family Trust**.

I understand that I am legally responsible, with any other trustees, for the welfare of said Trust, to follow the terms and conditions of said Trust and that I am to guard the assets for the Beneficiaries. Further, I am responsible for the checking accounts, and for any other financial accounts. If the Trust is challenged, I will act honorably all the legal responses and protect the Beneficiaries and defend Trust Assets. I am responsible for recording property, and for handling taxes, and other matter about properties held by this Trust. If those who care for these goods pass on, or leave their positions, I, as Third Trustee with Limited Power of Attorney-in-fact, am responsible for their duties and responsibilities until those who are competent can replace those who left.

*Acceptance is hereby acknowledged* by Trust Managers/Board signature on Trust documents and the signature block listed below. *Consideration shall be paid as private contract terms dictated by First Trustee and shall not be revealed beyond the Board of Trustees and Trust Manager*, however it should be mentioned that the powers of the Attorney-in-fact are sufficiently broad to allow for whatever financial arrangements are deemed necessary and proper to fulfill the intentions of the Settlor and the beneficial interests of the Beneficiary(s).

IN ACCORDANCE with this Declaration of Contract and Indenture, I reserve the right to resign from this position at any time.

IN WITNESS WHEREOF, we have hereunto set our hands and seals, this the third day of the first month, in the year of our Lord and Savior, two thousand twenty-four C.E.

Witness my hand this _3rd_ day of _January_, 2024

Accepted By: _:lady-T, Trustee, POA_
:lady-T., Third Trustee with Limited Power of Attorney-in-fact