Generated: Mar 15, 2024 9:22AM                                                                 Page 1/1



# U.S. District Court

## California Northern - San Francisco

Receipt Date: Mar 15, 2024 9:22AM

MICHAEL LOUIS CASTAGNOLA
12778 DUPONT RD
SEBASTOPOL , CA 95472

| Rcpt. No: 311168180 | | Trans. Date: Mar 15, 2024 9:22AM | | | Cashier ID: #MB |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |
| 104 | Cert of Document/Transcript of JGMT | | 1 | 12.00 | 12.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $64.00 |
| | | Total Due Prior to Payment: | $64.00 |
| | | Total Tendered: | $64.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** 24-MC-80064 AGT

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.